**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Alfred Christopher Gonzales, | Case No. 2:20-cv-00911-APG-DJA |
| Petitioner, | |
| v. | **Order** |
| Jerry Howell, et al., | |
| Respondents. | |

On June 22, 2020, I entered a screening order informing petitioner Alfred Gonzales that his petition for writ of habeas corpus failed to state a claim for which federal habeas relief may be granted. ECF No. 5. The order gave Gonzales until July 24, 2020 to file an amended petition stating a cognizable claim for relief. *Id*. The order further advised Gonzales that if he failed to respond to the order in the time provided, this action would be dismissed without prejudice and closed. *Id*.

On August 17, 2020, Gonzales filed a "motion for clarification," claiming that he obtained a docket sheet, which notified him of the entry of the screening order, but that he has not received a copy of the order. ECF No. 9. According the court's electronic mail receipt, a copy of the order was mailed to Gonzales at his place of incarceration on the day it was entered. Nonetheless, I will give Gonzales one more opportunity to file an amended petition.

I THEREFORE ORDER that Gonzales's "motion for clarification" **(ECF No. 9) is GRANTED**. The Clerk shall send Gonzales a copy of the order entered on June 22, 2020 (ECF No. 5).

1    I FURTHER ORDER that Gonzales shall have **until September 18, 2020** to file with the

2 court an amended petition that corrects the deficiencies identified in the June 22 order.  Gonzales

3 shall include in that amended petition all additional claims for habeas corpus relief of which he is

4 aware.[1]  If he fails to respond to this order in the time and manner provided above, this action

5 will be dismissed without prejudice and closed.

6    I FURTHER ORDER the Clerk to send Gonzalez a noncapital Section 2254 habeas

7 petition form, one copy of the instructions for the form, and a copy of his initial habeas petition.

8    I FURTHER ORDER that Gonzales's "motion for records/court case documents" **(ECF**

9 **No. 8) is DENIED as moot**.

10    Dated: August 18, 2020.

11    _____
     U.S. District Judge Andrew P. Gordon

12

13

14

15

16

17

18

19

20

21

22

23

---

[1] Gonzales is not required to re-submit exhibits already filed with the court.

2